1  TODD KIM
   Assistant Attorney General
2  ALEXANDER M. PURPURO (Florida Bar No. 1025872)
3  Alexander.Purpuro@usdoj.gov
   United States Department of Justice
4  Environment & Natural Resources Division
   Environmental Defense Section
5  4 Constitution Square
6  150 M Street, NE
   Suite 4.138
7  Washington, D. C.  20002
   Telephone: (202) 514-9771
8
9  *Attorneys for Defendant*
10 [additional counsel listed in signature block]

11
12         **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
13

14  )
    )
15  ENVIRONMENTAL DEFENSE FUND, )
    *et al.*,                   )
16                              )
                                )   Civ. No. 3:22-cv-7731-WHO
17       *Plaintiffs*,          )
                                )   **STIPULATION AND [PROPOSED]**
18       v.                     )   **ORDER TO CONTINUE CASE**
                                )   **MANAGEMENT CONFERENCE**
19  UNITED STATES ENVIRONMENTAL )
    PROTECTION AGENCY,          )
20                              )
                                )
21       *Defendant.*           )
                                )
22

23

24

25

26

27

28

Plaintiffs Environmental Defense Fund and Sierra Club and Defendant United States Environmental Protection Agency ("EPA") (collectively, the "Parties") stipulate as follows:

1. The Parties have discussed the initiation of settlement talks.

2. The Parties agree that a 30-day extension of litigation proceedings would be beneficial to the Parties and conserve efficient use of the Court's resources while the Parties seek to negotiate a resolution to this case without further litigation.

3. In addition, undersigned counsel for Defendant is due to appear before the Honorable Jon S. Tigar in the matter *Center for Food Safety v. EPA*, 4:22-cv-6001-JST (N.D. Cal.) for another case management conference on Tuesday, March 14, 2023 at 2:00 P.M. 4:22-cv-6001-JST, Dkt. No. 17 (N.D. Cal.).

4. The Parties stipulated and extended Defendant's response deadline by 30 days to March 10, 2023, pursuant to Local Civil Rule 6-1(a). Dkt. No. 17.

5. There have been no other time modifications to this case.

6. The Case Management Conference for this case is currently scheduled for Tuesday, March 14, 2023 at 2:00 P.M. Dkt. No. 15. The Parties request that the Court continue the Conference at the Court's earliest convenience on or after Tuesday April 11, 2023.

7. The Court set March 7, 2023, 7 days before the Case Management Conference, as the deadline to file a Case Management Statement. *Id.* The Parties request that the Court extend these deadlines to April 4, 2023, or 7 days before the rescheduled Case Management Conference.

8. Pursuant to ADR Local Rule 3-5, Civil Local Rule 16-8, and Federal Rule of Civil Procedure 26(f), February 21, 2023, 21 days before the Case Management Conference, is the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and to file an ADR certification. The Parties request that the Court extend those deadlines to March 21, 2023, or 21 days before the rescheduled Case Management Conference.

9. The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above and continue the Case Management Conference until Tuesday, April 11, 2023, or at such later time as is convenient for the Court for good cause shown.

10.  Pursuant to Civil Local Rule 5-1(h)(3), the undersigned counsel for Defendants attest that the other signatories listed below concur in the filing of this document.

Dated: January 31, 2022                                                       Respectfully submitted,

| | |
|---|---|
| *s/ Alexander M. Purpuro* | *s/ Reed Zars (email auth. 1/31/2023)* |
| ALEXANDER M. PURPURO | REED ZARS (PRO HAC VICE) |
| (Florida Bar No. 1025872) | (Wyoming Bar No. 119904) |
| United States Department of Justice | 910 E. Kearney Street |
| Environment & Natural Resources Division | Laramie, WY 82070 |
| 150 M Street N.E. | Telephone: (307) 760-6268 |
| Washington, D.C. 20002 | reed@zarslaw.com |
| Tel: (202) 514-9771 | |
| alexander.purpuro@usdoj.gov | |
| | |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:                                                       _____
                                                                         Honorable William H. Orrick
                                                                         United States District Judge