TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.138
Washington, D. C. 20002
Telephone: (202) 514-9771

*Attorneys for Defendant*

[additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>　　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　　　*Defendant*. | Civ. No. 3:22-cv-7731-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (SECOND)** |

Pursuant to Civil Local Rule 6-1(b) Defendant United States Environmental Protection Agency ("EPA") and Plaintiffs Environmental Defense Fund and Sierra Club (collectively, the "Parties") hereby stipulate to and request that the Court continue the case management conference until August 29, 2023.  In support of this stipulation, the Parties state as follows:

1. On March 20, 2023, the Parties submitted a joint stipulation advising the Court that counsel for the Parties had reached a tentative agreement on a proposed settlement that would resolve all issues remaining in this matter other than any claim for costs of litigation, including attorneys' fees. Dkt. No. 21.

2. In consideration of the Parties' joint stipulation, the Court continued the Case Management Conference to July 11, 2023.  Dkt. No. 22.

3. The parties have since negotiated the terms of a proposed consent decree and pursuant to 42 U.S.C. § 7413(g), EPA published notice of the proposed consent decree in the *Federal Register* on June 13, 2023.  *See* 88 Fed. Reg. 38507 (June 13, 2023).

4. Pursuant to § 7413(g), EPA must provide the public with the opportunity to submit comments until July 13, 2023 (30 days), after which, EPA must consider any public comments on the proposed consent decree that it receives within the 30-day period.

5. The Parties believe that the requested continuance is sufficient to complete the notice and comment process and for the relevant decisionmakers at EPA and the Department of Justice to consider any comments received.

6. The Parties respectfully request that this Court enter this stipulation and continue the Case Management Conference until Tuesday, August 29, 2023, or at such later time as is convenient for the Court for good cause shown.

7. Pursuant to Civil Local Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

| | |
|---|---|
| Dated: June 15, 2023 | Respectfully submitted, |

| | |
|---|---|
| */s Alexander M. Purpuro* | */s Reed Zars (email auth. 6/15/23)* |
| ALEXANDER M. PURPURO | REED ZARS (PRO HAC VICE) |
| (Florida Bar No. 1025872) | (Wyoming Bar No. 119904) |
| United States Department of Justice | 910 E. Kearney Street |
| Environment & Natural Resources Division | Laramie, WY 82070 |
| 150 M Street N.E. | Telephone: (307) 760-6268 |
| Washington, D.C. 20002 | reed@zarslaw.com |
| Tel: (202) 514-9771 | |
| alexander.purpuro@usdoj.gov | |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

                                                             Honorable William H. Orrick
                                                             United States District Judge