1  TODD KIM
   Assistant Attorney General
2  ALEXANDER M. PURPURO (Florida Bar No. 1025872)
3  Alexander.Purpuro@usdoj.gov
   United States Department of Justice
4  Environment & Natural Resources Division
   Environmental Defense Section
5  4 Constitution Square
6  150 M Street, NE
   Suite 4.138
7  Washington, D. C.  20002
   Telephone: (202) 514-9771
8

9  *Attorneys for Defendant*

10 Reed Zars (Wyoming Bar No. 119904)
   910 E. Kearney Street
11 Laramie, WY 82070
12 Telephone: (307) 760-6268
   reed@zarslaw.com
13

14 *Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| ENVIRONMENTAL DEFENSE FUND, *et al.*, | |
|---|---|
| Plaintiffs, | Case No. 3:22-CV-7731-WHO |
| v. | **JOINT MOTION TO ENTER CONSENT DECREE** |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | |
| Defendant. | |

1    Plaintiffs Environmental Defense Fund and Sierra Club (collectively, "Plaintiffs") and Defendant United States Environmental Protection Agency (hereinafter, "EPA") (collectively, the "Parties"), hereby jointly move the Court to enter the attached Consent Decree (attached as Exhibit 1). In support of this motion, the Parties state as follows:

1. Plaintiffs' Complaint (ECF No. 1) alleges that EPA failed to perform its non-discretionary duty pursuant to 42 U.S.C. § 7411(b)(1)(B) to "review and, if appropriate, revise" at least every eight years the New Source Performance Standard ("NSPS") nitrogen oxides (NOx) limits for new stationary combustion turbines, or to promulgate a determination that revision "is not appropriate in light of readily available information on the efficacy of such standard[s]."

2. The Clean Air Act requires EPA to conduct a review pursuant to 42 U.S.C. § 7411(b)(1)(B) every eight years.

3. Plaintiffs' Complaint alleges that EPA has not reviewed 40 C.F.R. Part 60, Subpart KKKK pursuant to 42 U.S.C. § 7411(b)(1)(B) within the past 8 years.

4. The Parties reached an agreement on a proposed Consent Decree resolving Plaintiffs' claims, other than attorneys' fees and costs. *See* Stipulation with Proposed Order to Continue Case Management Conference, ECF No. 23. Section 113(g) of the CAA, 42 U.S.C. § 7413(g), requires EPA to provide "a reasonable opportunity by notice in the Federal Register to persons who are not named as parties or intervenors to the action or matter to comment in writing" upon the proposed Consent Decree. The proposed Consent Decree was noticed in the *Federal Register* on June 13, 2023. Proposed Consent Decree, Clean Air Act Citizen Suit, 88 Fed. Reg. 38507 (June 13, 2023). That notice and comment process is now complete. EPA did not receive any comments.

5. To resolve Plaintiffs' claims, other than attorneys' fees and costs, the proposed Consent Decree requires EPA to take certain actions by the dates certain set forth in Paragraph 2 of the Consent Decree.

6. The Parties jointly request that the Court enter the proposed Consent Decree.

7. Through the Consent Decree, EPA and Plaintiffs indicated their agreement that the Consent Decree is fair, reasonable, and in the public interest. The Court should therefore enter the attached Consent Decree.

WHEREFORE, the Parties respectfully move the Court to enter the proposed Consent Decree attached as Exhibit 1.

FURTHER, in light of the instant motion, the Parties respectfully request that the Court vacate the Case Management Conference set for August 29, 2023, along with any associated deadlines.

Dated: July 25, 2023                                                      Respectfully submitted,

*/s Alexander M. Purpuro*                                                 */s Reed Zars (Email Auth. 7/24/2023)*
ALEXANDER M. PURPURO                                                      REED ZARS (PRO HAC VICE)
(Florida Bar No. 1025872)                                                 (Wyoming Bar No. 119904)
United States Department of Justice                                       910 E. Kearney Street
Environment & Natural Resources Division                                  Laramie, WY 82070
150 M Street N.E.                                                         Telephone: (307) 760-6268
Washington, D.C. 20002                                                    reed@zarslaw.com
Tel: (202) 514-9771
alexander.purpuro@usdoj.gov

*Counsel for Defendant*                                                   *Counsel for Plaintiffs*