TODD KIM
Assistant Attorney General
ALEXANDER M. PURPURO (Florida Bar No. 1025872)
Alexander.Purpuro@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M Street, NE
Suite 4.138
Washington, D. C.  20002
Telephone: (202) 514-9771

*Attorneys for Defendant*

[additional attorneys listed in signature block]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>             Defendant. | Case No. 3:22-cv-7731-WHO<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER TO ENLARGE TIME FOR PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (THIRD)** |

Plaintiffs Environmental Defense Fund and Sierra Club and Defendant United States Environmental Protection Agency ("EPA") (collectively, the "Parties") file this stipulation notifying the Court that the parties have agreed to extend the deadline for Plaintiffs to file a motion for costs of litigation (including attorneys' fees) by an additional 30 days.

WHEREAS, the Consent Decree provides that "[t]he deadline for filing a motion for Plaintiffs' costs of litigation (including reasonable attorneys' fees) for activities performed prior to entry of the Decree is hereby extended until ninety (90) days after entry of this Consent Decree by the Court." Consent Decree ¶ 17.

WHEREAS, on October 25, 2023, this Court granted the parties' Joint Motion for 33-Day Extension of Time for Plaintiffs to Move for Litigation Costs. Dkt. No. 28.

WHEREAS, on November 21, 2023, this Court entered a Stipulation and Proposed Order to Enlarge Time for Plaintiffs' Motion for Attorneys' Fees (Second), extending Plaintiffs' deadline from November 27, 2023 to December 27, 2023. Dkt. No. 30.

WHEREAS, the parties have since reached an agreement regarding Plaintiffs' claim for costs of litigation, including attorneys' fees, and memorialized their agreement regarding the same on or about December 14, 2023, but require additional time to carry out the actions required by that agreement.

WHEREAS, therefore, in order to allow time to complete the actions required by the parties' agreement, the parties have agreed to an additional 30-day extension of the deadline for filing a motion for costs of litigation (including attorney's fees).

NOW THEREFORE, Plaintiffs and EPA hereby stipulate as follows:

1. Plaintiffs' deadline to file a motion for costs of litigation (including attorneys' fees) as outlined in Paragraph 17 of the Consent Decree is extended by an additional 30 days, from December 27, 2023 to January 26, 2024.

//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: December 27, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | */s Alexander M. Purpuro* | */s Reed Zars (email authorization 12/27/2023)* |
| 4 | ALEXANDER M. PURPURO | REED ZARS |
| 5 | (Florida Bar No. 1025872) | (PRO HAC VICE) |
|   | United States Department of Justice | 910 E. Kearney Street |
| 6 | Environment & Natural Resources Division | Laramie, WY 82070 |
|   | 150 M Street N.E. | Telephone: (307) 760-6268 |
| 7 | Washington, D.C. 20002 | reed@zarslaw.com |
| 8 | Tel: (202) 514-9771 | |
|   | alexander.purpuro@usdoj.gov | |
| 9 | | |
| 10 | *Counsel for Defendant* | *Counsel for Plaintiffs* |

\*     \*     \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 2, 2024

_____
Honorable William H. Orrick
United States District Judge